```
               IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
```

| | | |
|---|---|---|
| THOMAS DUNN, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 04 C 6804 |
| | ) | |
| CITY OF CHICAGO, | ) | JUDGE GETTLEMAN |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

## NOTICE OF FILING

TO:

    Sara Ellis
    City of Chicago Department of Law
    30 North LaSalle Street
    Chicago, Illinois 60602

    Please take notice that on May 16, 2007 I caused the attached Plaintiff's Opposition To The City's Motion For Extension Of Time to be filed electronically with the clerk of court.

                                        /s/ Michael Kanovitz

                                            Michael Kanovitz

LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

    I, Michael Kanovitz, an attorney, certify that on May 16, 2007, I served the attached Notice by electronic filing.

                                        /s/Michael Kanovitz

                                          Michael Kanovitz