UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Thomas Dunn, et al.
                    Plaintiff,

v.                                              Case No.: 1:04−cv−06804
                                                Hon. Robert W. Gettleman

City of Chicago
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 17, 2007:

MINUTE entry before Judge Sidney I. Schenkier : Motion hearing held. Defendant's motion for an extension of time to respond to plaintiffs' 3/21/07 discovery request [141] is denied insofar that it seeks to argue that it is a proper objection to the Request to Admit, But the Court grants the motion as to its request amend the defendant's answers. The defendant is to answer the request to admit by 5/24/07. Any denials are to be given with a full factual disclosure for the denial, including any required documents.Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.