**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Thomas Dunn, et al.
                    Plaintiff,

v.                                      Case No.: 1:04−cv−06804
                                          Honorable Robert W. Gettleman

City of Chicago
                    Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Sidney I. Schenkier for the purpose of holding proceedings related to: discovery supervision and settlement. (gds, ) Mailed notice.

Dated: May 11, 2010

                                                               /s/ Robert W. Gettleman

                                                               United States District Judge