Order Form (01/2005)

# United States District Court, Northern District of Illinois 

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6804 | **DATE** | 10/6/2010 |
| **CASE TITLE** | Thomas Dunn, et al    vs    City of Chicago | | |

**DOCKET ENTRY TEXT:**

Final approval hearing held. Motion [349] for final approval of class action settlement is granted. Vodak class members have until 10/25/2010 within which to opt out. Status hearing is set for 10/22/2010, at 9:00 a.m.

[For further detail see separate order]
[Docketing to mail notice]

01:30



| | | Courtroom Deputy | GDS |
|---|---|---|---|