# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6804 | **DATE** | 10/21/2010 |
| **CASE TITLE** | Thomas Dunn, et al. vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Plaintiffs are to file a report on the number of total claims to date and provide a reasonable estimate of the final number and amount of claims by October 29, 2010. The status set for October 22, 2010, is reset to November 3, 2010 at 10:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GS |
|---|---|---|