# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C6804 | **DATE** | 11/3/2010 |
| **CASE TITLE** | Thomas Dunn    vs    City of Chicago | | |

**DOCKET ENTRY TEXT:**

Status hearing held.    Pursuant to this Court's oral ruling, plaintiffs' attorneys are awarded the sum of $3,300,000.00 plus costs in the amount of $70,000.00.  Status hearing is continued to 1/28/2011, at 10:00 a.m.

[Docketing to mail  notice]

00:22

| | Courtroom Deputy | GDS |
|---|---|---|