

**FILED**
JUL 12 2011 NF
Jul 12 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# United State District Court
# Northern District of Illinois
# Eastern Division

Thomas Dunn, Denny Roberson, and
Veronica A. Imperial, on behalf of
Themselves and a class of others similarity
Situated, and Leonard Kimball, individually

Case # 04-cv-6804

Plaintiffs

Judge Gettleman
Magistrate Judge Schenkier

V

CITY OF CHICAGO

Defendant

RE; Frank W. White
3245 S. Prairie Avenue, apt 129
Chicago, Ill. 60616
Phone # (312) 624- 8877

## FRANK W WHITE YOUNG SETTLEMENT UP DATE TO THE COURT

Dear Judge Gettleman;

Here come Frank W. White presenting evidence to the court that Rust consulting fail to meet the agreement with the court for me, a class 2 member. Enclosed is a copy of the July 7, 2011 check I received for 515,44. This is not the amount that was agreed to at the time the court excepted the agreement..

Page 2)

My June 14, 2011 contact with Rust Consulting lead me to believed that if the court fail to hold Rust consulting to the agreement with me, and the court, if the court fail to protect my rights to received the payment Rust agreeded to pay class 2 Young member. Then the Dunn settlement has no merits. Because this July 7, 2011 Young V. Cook check for 515,44 is evidence that Rust consulting fail to keep the court agreed payment for a Young V. Cook class 2 member. While I am not an attorney,
But I believed it would be improper for the court to allowed Rust consulting in my case, a class 2 member I address this matter with Rust consulting, and outline my contact with Rust consulting in my second motion to appointed counsel to court. I believed that there are no legal excuse for the court to allowed Rust consulting to issued me a 515,44 check for a class 2 member when there agreement with me and the court was for 1,000,00 after the agreement has been approved by the court, and while I did agreed with Loevy and Loevy attorneys argument in the July 7, 2011 hearing to the court in the Dunn V. City of Chicago, #04-cv- 6804 that I would not lose any money because Rust fail to mail my Dunn application to my current address, and that my Dunn payment would be prorated, and that I would received the court agreed amount that the first class 1,2,and 3 members received . A total payment for me that I estimate between 9, and 12,000,00, for a 2003, and 2007 arrest by the Chicago Police Department 2 count of arrest without a an arrest warrant for a mister mina , 2 count of detained in excess of 48 hours without a judicial probable cause hearing. , 2 count of Detained in the Police Department lock-up over night..(03, and 07 arrest report enclosed)

Page 3)

I am very concerned, and I believed the court should be concered now

I believed the court has fail to take any action that has giving Loevy and Loevy serious reason to protect my rights. Loevy and Loevy attorneys July 7, 2011 response in the court July 7, 2011 hearing that my Dunn claim was been research, and would be prorated regarding was unacceptable to me, because Loevy and Loevy fail to give a dollar amount or a dated for Dunn settlement payment in the court record. But the court accepted Loevy and Loevy attorney July 7, 2011 argument even when Loevy and Loevy attorneys fail to give the court a dated or time for there research, or the dollar amount I will received. So I am encloseing my (03 446859) and, (07 437863 arrest reports, and requesting the court to order Loevy and Loevy provide me with a dollor amount, and expland why I should not received the Dunn payment much sooner if Loevy and Loevy attorneys are serious when thay made the claim before the court that my Dunn claim would be prorated so I would received the same amount that the oriental class member received.

You're truly
Frank W. White
CC
Loevy & Loevy
312 North May Street
Chicago, Ill. 60604

Rust Consulting, Inc.
P.O. Box 24660
West Palm Beach, FL. 33416

Cook County Strip Search Settlement
c/o Rust Consulting, Inc.
P.O. Box 24660
West Palm Beach, FL 33416
1-877-314-6057 (toll-free) or 1-312-224-4658 (non-toll-free)


*0001084719-9903*   19726 - 1/1 : 19726

July 5, 2011
Claim Number:   0000009615

\*\*\*\*\*\*\*\*\*\*\*\*\*SINGLE-PIECE
FRANK WHITE
3245 S PRARIE AVE
APT 129
CHICAGO IL 60616

Dear Class Member:

This check represents your award amount in the Young v. Cook County et al, 06 CV 552 (N.D. Ill) Settlement.

If you have any questions concerning this payment, you may call toll-free 1-877-314-6057 (toll-free) or 1-312-224-4658 (non-toll-free). Unfortunately, we are unable to give you tax advice concerning this payment. If you need tax advice, consult your tax advisor.

Detach and sign the back of the check below.

**PLEASE KEEP THIS PAYMENT STUB FOR YOUR RECORDS**

| Payment Number | Claim Number | Description | Amount |
|---|---|---|---|
| 9903 | 0000009615 | Young v. Cook County | $515.44 |

---

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW.

Detach and sign the back of this instrument.

Cook County Strip Search Settlement
c/o Rust Consulting, Inc.
P.O. Box 24660
West Palm Beach, FL 33416

US BANK   33-54/730   9903

| Date | Control Number | Amount |
|---|---|---|
| 07/05/2011 | 0000009615 | $515.44 |

**VOID AFTER 180 DAYS**
NOT VALID FOR AMOUNT OTHER THAN $515.44
Payee's signature required on back in order for this instrument to be valid

Pay:   \*\*Five Hundred Fifteen Dollars and Forty Four Cents \*\*
Payable to:   FRANK WHITE

Paul V—l

BORDER CONTAINS MICROPRINTING

⑆009903⑆ ⑈073000545⑈ 19647415484 2⑈

**CHICAGO POLICE DEPARTMENT**
# ARREST REPORT
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11. 420C(REV. 6/30)

FINAL APPROVAL

CB #: 16850326
IR #: 1415888
YD #:
RD #: HN267386
EVENT #: 0709513584

## ARREST REPORTING

### OFFENDER

**Name:** WHITE, Frank W.
**Res:** 7121 S Fairfield Ave
Chicago, IL 60629
**Beat:** 831
**DOB:** 05 October 1947
**AGE:** 59 years
**POB:** Arkansas
**SSN:** 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
**ARMED WITH** Unarmed

Male
Black
5' 06"
153 lbs
Brown Eyes
Black Hair
Short Hair Style
Medium Complexion



### INCIDENT

**Arrest Date:** 05 April 2007 17:42
**Location:** 7121 S Fairfield Ave
Chicago, IL 60629
290 - Residence
**Holding Facility:** District 008 Lockup
**Resisted Arrest?** No
**TRR Completed?** No
**Beat:** 831
**Total No Arrested:** 1
**Dependent Children?** No
**Co-Arrests**
**Assoc Cases**
**DCFS Ward?** No

### CHARGES

1  **Offense As Cited** 720 ILCS 5.0/12-3.2-A-1
DOMESTIC BATTERY - BODILY HARM
Class A - Type M

**Victim**
Domestic Related  White, Dominique

### FELONY REVIEW

**Felony Review:** Denied   05 APR 2007 23:31   Ciaccia,   State's Attorneys's Office

### RECOVERED NARCOTICS

NO NARCOTICS RECOVERED

07437863

Print Generated By: BANDA, Dora ( PC0W006 )   Page 1 of 5   06 APR 2007 12:42

powered by: CLEAR Technology

**Chicago Police Department - ARREST Report**

CB #: 16850326
WHITE, Frank

## ARREST REPORTING

### WARRANT

NO WARRANT IDENTIFIED

### VICTIM AND COMPLAINANT

Name: WHITE, Dominique

Female
Black
DOB:
Age:
Comments:

Injured? No    Deceased? No
Hospitalized? No
Treated and Released  No

### MOTHER

Name: WHITE, Wenona
Res: 7121 S Fairfield
Chicago, IL
773-434-8235
Beat: 0
DOB:
Age:
Comments:

Injured? No    Deceased? No
Hospitalized? No
Treated and Released  No

### ARRESTEE VEHICLE

NO ARRESTEE VEHICLE INFORMATION ENTERED

### PROPERTIES

**Confiscated Properties :**
All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

**PROPERTIES INFORMATION FOR    WHITE, Frank,    NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.**

### INCIDENT NARRATIVE

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to the following)

Print

**Chicago Police Department - ARREST Report**

CB #: 16850326
WHITE, Frank

## ARREST REPORTING

### COURT INFO

Desired Court Date: 23 April 2007
Branch: 60-2  555 W HARRISON ST - Room 30
Court Sgt Handle? No
Initial Court Date: 06 April 2007
Branch: 60-2  555 W HARRISON ST - Room301
Docket #:

### BOND INFO

BOND INFORMATION NOT AVAILABLE

### REPORTING PERSONNEL

**ATTESTING OFFICER:**

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

Attesting Officer: #19989  MOTA, L M (PC0S919)  05 APR 2007 22:36

**ARRESTING OFFICER(S):**

| | | | Beat |
|---|---|---|---|
| 1st Arresting Officer: | #19989 | MOTA, L M (PC0S919) | 0857 |
| 2nd Arresting Officer: | #14681 | MILLER, M A (PC0X765) | 0857 |

**APPROVING SUPERVISOR:**

Approval of Probable Cause: #110  GRAEBER, J E (PC0E832)  05 APR 2007 22:48

**Chicago Police Department - ARREST Report**

CB #: 16850326
WHITE, Frank

## ARREST PROCESSING REPORT

**Holding Facility:** District 008 Lockup
**Received in Lockup:** 05 April 2007 23:18
**Prints Taken:** 05 April 2007 23:23
**Palmprints Taken:** Yes
**Photograph Taken:** 05 April 2007 23:25
**Released from Lockup:**

**Time Last Fed:** 05 April 2007 23:20
**Time Called:** 05 April 2007 23:20   **Phone#:** REFUSED
**Cell #:** 12

**Transport Details:** 2PO 0857

### VISUAL CHECK OF ARRESTEE

| | |
|---|---|
| Is there obvious pain or injury? | No |
| Is there obvious signs of infection? | No |
| Under the influence of alcohol/drugs? | No |
| Signs of alcohol/drug withdrawal? | No |
| Appears to be despondent? | No |
| Appears to be irrational? | No |
| Carrying medication? | No |

### ARRESTEE QUESTIONNARIE

| | |
|---|---|
| Presently taking medication? | Yes |
| (if female) are you pregnant? | |
| First time ever been arrested? | No |
| Attempted suicide/serious harm? | No |
| Serious medical or mental problems? | No |
| Are you receiving treatment? | No |

### RETURN TO HOLDING FACILITY COMMENTS:

### QUESTIONNAIRE REMARKS:
States He Has Bronkyitus And Takes Medication Also States He Has Physcolgical Problems And Takes Meds For That

### LOCKUP KEEPER COMMENTS

### EMERGENCY CONTACT
**Name:** REFUSED
**Res:**   **Beat:**

**NO INTERVIEWS LOGGED**

**NO VISITORS LOGGED**



Chicago Police Department - ARREST Report

CB #: 16850326
WHITE, Frank

## ARREST PROCESSING REPORT

**MOVEMENT LOG**

MOVEMENT LOG INFORMATION NOT AVAILABLE

**WC COMMENTS**

Watch Commander Comments:

**REL W/O CHARGING**

DOES NOT APPLY TO THIS ARREST

### ARRESTEE PROCESSING PERSONNEL

Beat

| | | |
|---|---|---|
| Searched By: | #19696 | SOLIS, J C (PC0J825) |
| Lockup Keeper: | #19696 | SOLIS, J C (PC0J825) |
| Fingerprinted By: | | HENDERSON SR, J D (PC0C855) |
| Detective: | #20000 | Leyendecker, Joseph J (PC0K854)  05 APR 2007 23:31 |

### APPROVAL PERSONNEL

Beat

Final Approval of Charges: #110  GRAEBER, J E (PC0E832)  06 APR 2007 00:33

DOES NOT APPLY TO THIS ARREST

# CHICAGO POLICE ARREST REPORT
CPD-11.420 (REV. 3/02)

| Field | Value |
|---|---|
| 1. NAME (LAST, FIRST, MIDDLE) | White, Frank W. |
| 2. SEX | M |
| 3. RACE | 1 |
| 4. AGE | 56 |
| 5. DATE OF BIRTH (DAY/MONTH/YEAR) | 05 / 06 / 47 |
| 6. C.B. NO. | 1564 8847 |
| 7. ALIAS OR NICKNAME | N/A |
| 8. DIST./RES. | 011 |
| 9. HEIGHT | 5'06 |
| 10. WEIGHT | 165 |
| 11. HAIR | BLK |
| 12. HAIR STYLE | — |
| 13. EYES | BRN |
| 14. COMPLEXION | MED |
| 15. I.R. NO. | 1115888 |
| 16. RESIDENCE ADDRESS | 4239 W. Wilcox 1R |
| 17. DISTING. MARKS, SCARS, DISABILITIES | N/V |
| 18. SOCIAL SECURITY NO. | 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 |
| 20. STATE/PLACE OF BIRTH | TN |
| 21. DRIVERS LICENSE NO. | N/A |
| 22. RD NO. | HC 766 228 |
| 23. OCCUPATION | N/A |
| 25. ADDRESS OF ARREST | 4239 W. Wilcox 1R |
| 26. NO. ARRESTED | 01 |
| 27. LOCATION CODE | 090 |
| 28. BEAT OF ARREST | 1115 |
| 29. DATE OF ARREST | 18 Nov 03 |
| 30. ARRESTEE TRANSPORTED TO UNIT / BY BEAT | 011 |
| 31. RESISTED ARREST | NO |
| 32. WEAPON | OTHER: DNA |
| 38. NAME OF A.S.A./FEL. REV. | AUGUSTUS |
| CHARGES APPROVED | NO | 2100 |

### Offenses
| 40. REFERENCES | 41. OFFENSES | 42. DISPOSITIONS |
|---|---|---|
| 1 | | |
| 2 | 720 ILCS 5/12-3.2 DOMESTIC BATTERY | |

43. NARRATIVE: ...

EVENT NO. 00057

60. COURT SGT. TO HANDLE — NO
61. INITIAL COURT DATE: 19 Nov 03 — BRANCH 60