# United State District Court
# Northern District of Illinois
# Eastern Division

Thomas Dunn, Denny Roberson, and
Veronica A. Imperial, on behalf of
Themselves and a class of others similarity
Situated, and Leonard Kimball, individually

Case # 04-cv-6804

Plaintiffs

Judge Gettleman
Magistrate Judge Schenkier

V

CITY OF CHICAGO

Defendant

RE; Frank W. White
3245 S. Prairie Avenue, apt 129
Chicago, Ill. 60616
Phone # (312) 624- 8877

FILED
SEP 1 2 2011
SEP 12 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## FRANK W WHITE DUNN SETTLEMENT UP DATE TO THE COURT

Dear Judge Gettleman;

Here come Frank W. White on September 12, 2011. Presenting a copy of a September 8, 2011 Dunn, Notice of Ineligibility from Rust consulting as evidence to the court that Rust consulting fail to meet the June 17, 2011 agreement with the court by me, and Loevy and Loevy attorney Heather Donnell that I was eligible, and I would have to take

no further action, and I would received a Dunn payment by October 2011 that would be prorated, for a 2003, and 2007 arrest by the Chicago Police Department, 2 count of arrest without a an arrest warrant for a mister mina , 2 count of detained in excess of 48 hours without a judicial probable cause hearing. , 2 count of Detained in the Police Department lock-up over night..(2003, and 2007. I delivered the two arrest report to Attorney Donnell office, and in our meeting, Attorney Donnell assured me that her office had taking care of everything, and there was nothing for me to do but be patent. I phone Attorney Donnell about the Rust consulting September 6, 2011 letter and request her help, but she has not return my call.

You're truly

Frank W. White

CC
Loevy & Loevy
312 North May Street
Chicago, Ill. 60604

Rust Consulting, Inc.
P.O. Box 24660
West Palm Beach, FL. 33416

DUNN SETTLEMENT
C/O RUST CONSULTING, INC.
P.O. BOX 2341
FARIBAULT, MN 55021-9041
888-398-8212



September 8, 2011

FRANK WHITE                    118
3245 S PRAIRIE AVE
APT 129
CHICAGO, IL 60616

### NOTICE OF INELIGIBLITY *** Claimant No: 1890297

Dear Claimant,

We received the letter you submitted in the Dunn, et al. v. City of Chicago Class Action Settlement. We are writing to tell you we do not have a claim on file for you. In order to participate in the Settlement, claim forms must have been submitted postmarked on or before the extended deadline of November 1, 2010. We did not receive a claim form from you; therefore, you cannot receive a payment.

If you have any questions, please contact us in writing at the above address or by calling 1-888-398-8212. You may also visit the website at www.dunnsettlement.com or email us at info@dunnsettlement.com.

Sincerely,


Claims Administrator

ELIG,*O* - 1890297