## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| THOMAS DUNN, DENNY ROBINSON, and VERONICA IMPERIAL, on behalf of themselves and a class of others similarly situated, and LEONARD KIMBALL, individually, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, <br><br> Defendant. | Case No. 04-CV-6804 <br><br> Judge Gettleman <br><br> Magistrate Judge Schenkier |

### ORDER GRANTING MISCELLANEOUS RELIEF

This cause having come before the Court for a status hearing on November 10, 2011, and after having been advised by the parties, it is hereby ordered as follows:

1. The Court finds that as of November 7, 2011, 20,690 checks totaling $11,920,537.03 have been cashed leaving $429,941.22 remaining in the Settlement Fund.

2. The Court approves the following categories of class members for payment of additional funds at the original *pro rata* rates of $1840.98 for Class I, $82.50 for Class II, and $2,761.46 for Class III, to be paid out of the remaining Settlement Fund:

    - Class Members of the Class 3 arrest group who were inadvertently not paid in the initial distribution. The total eligible amount of

these claims is $201,589.50.

- Class Members whose claims were updated with additional or corrected information establishing eligibility after distribution. The total eligible amount of these claims is $14,166.50.

3. The Court approves the following categories of class members for payment of additional funds at the *pro rata* rates of $1,864.13 for Class I, $83.89 for Class II, and $2,796.20 for Class III, to be paid out of the remaining Settlement Fund:

- Class Members whose claims were originally processed as late but determined to be timely through further research. The total eligible amount of these claims is $10,530.00.

- Class Members who provided alias names for further research and qualifying arrests were found based on the alias names provided. The total eligible amount of these claims is $33,990.00.

- Class Members who had qualifying arrests, but did not sign and/or notarize their claim form. The total eligible amount of these claims is $3,090.00.

- Claims filed by a legal representative of a deceased Class Member with insufficient documentation originally provided. The total eligible amount of these claims is $15,210.00.

- Claims where upon further research additional qualifying arrests were found. The total eligible amount of these claims is $134,980.00.

2

- Late claims received from the Illinois Department of Corrections ("IDOC") inmates who had eligible arrests submitted a claim form postmarked by December 31, 2010. The total eligible amount of these claims is $27,200.00.

4. The Courts orders that the checks distributed by Rust Consulting, Inc., for the above approved claims will have a stale date of sixty (60) days from the date of distribution.

5. The Court orders that the following categories of objections after completion of the objection review process are found ineligible for payment:

- Class Members who provided alias names for further research and no qualifying arrests were found;
- Late claims and no qualifying arrests;
- Claims that were not signed and/or notarized and also did not have any qualifying arrests;
- Claims filed by someone other than the Class Member with no proof of legal representation of the Class Member;
- Claims where original or further research determined no qualifying arrests;
- Class Members who objected that the amount of money awarded to them was not enough even though they were paid on all qualifying arrests.

3

6. The next status will be held on February 14, 2011 at 9:30 a.m.

Dated: 11/10/11

*[signature]*

The Honorable Robert W. Gettleman