IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Michael Dominique | ) ) ) | Case No: **04 C 6804** |
| v. | ) ) ) | Judge: ROBERT W. GETTLEMAN |
| City of Chicago | ) ) ) | |

## **ORDER**

Motion [437] by movant Michael Dominique to file a belated claim is denied as untimely.

Date:  March 13, 2014

ROBERT W. GETTLEMAN