# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Michael Dominique | ) | Case No: **04 C 6804** |
| v. | ) | Judge: ROBERT W. GETTLEMAN |
| City of Chicago | ) | |

## ORDER

Petitioner Michael Dominique's motion to request a decision on motion to file a belated claim is denied as moot as his motion to file a belated claim was denied on 3/13/2014 as untimely.

Date: May 27, 2014

ROBERT W. GETTLEMAN