IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Dunn, et al | ) | Case No: **04 C 6804** |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| City of Chicago, et al | ) | |

**ORDER**

Petitioner Michael Dominique's "Motion to reconsider petitioner's motion to file a belated claim" is denied for lack of jurisdiction.

Date:    June 25, 2014

ROBERT W. GETTLEMAN